## CONSENT OF PARTY PLAINTIFF

I hereby consent to become a party plaintiff in an action against my employer **LEGACY PRESURE CONTROL, INC. and ISHA MYRICK** to collect unpaid wages and/or overtime compensation. I also consent to pursue this action on behalf of other employees or former employees of the **LEGACY PRESURE CONTROL, INC. and ISHA MYRICK** who are similarly situated.

*Paul E. Roberts*
Paul Edward Roberts

Respectfully Submitted,

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
Fed. ID No. 11498
2030 North Loop West, Suite 120
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

ATTORNEY-IN-CHARGE FOR PLAINTIFF